UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORNELIUS TODD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1160** |
| **ROCKDALE COUNTY JAIL, OFFICER FLOYD TIMOTHY** | **SECTION: "E"(5)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[2] of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 24th day of July, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4.
[2] *Id.*